Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Plaintiff(s): **Malik Haleem Swinton**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): **Greg Coleman, et al**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **1:23CV73**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

-FILED-
FEB 16 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Malik Haleem Swinton
- Address: 503 Mission Hill Dr.
  - City: Fort Wayne
  - State: IN
  - Zip Code: 46804
- County: Allen County
- Telephone Number: (210) 206-9879
- E-Mail Address: deanbrasco@hotmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Greg Coleman
- Job or Title (if known): Probation Officer
- Address: 1300 S. Harrison Street
  - City: Fort Wayne
  - State: IN
  - Zip Code: 46802
- County: Allen County
- Telephone Number: (260) 423-3202
- E-Mail Address (if known): gregory-coleman@innp.uscourts.gov

☒ Individual capacity    ☒ Official capacity

Defendant No. 2
- Name:
- Job or Title (if known):
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address (if known):

☐ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address
    
    _____ _____ _____
    City            State           Zip Code
    
    County
    Telephone Number
    E-Mail Address *(if known)*
    
    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address
    
    _____ _____ _____
    City            State           Zip Code
    
    County
    Telephone Number
    E-Mail Address *(if known)*
    
    ☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_4th, 5th, and 8th_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

_Fort Wayne, IN_

B. What date and approximate time did the events giving rise to your claim(s) occur?

_August 2021 11:00am_

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See attached_

III. Statement of Claim

C.
In May 2021, I first spoke to Gregory Coleman who is a Probation officer. I told him I was moving to Fort Wayne to be closer to 4 year old son. Mr. Coleman said that's fine and he wanted me to send receipts of my income; which I did. Approximately July 5, 2021, I flew into Fort Wayne and soon met Mr. Coleman for the first time and during our meeting he seemed upset, disappointed, and or agitated that I was receiving my federal retirement and disability benefits. Mr. Coleman said multiple times during our meeting that he could not believe I had all of these benefits. I finally told Mr. Coleman I was blessed to be able to take care of and feed my family. Also, during the same meeting he insisted I work even with evidence I was clearly disabled and retired. Mr. Coleman stated that I was <u>too young and not disabled enough</u> not to work. I already knew according to the **law** if someone in my position has earned retirement and is disabled they do not have to work OR should not be forced to work when in pain; in addition to me being 43 years old. What Mr. Coleman said **violated** my rights because individuals over 40 years old and individuals that have disabilities are protected under the **Constitution** from age and disability discrimination. Mr. Coleman was trying to force me to work knowing I was in pain because he already knew my benefits and disability payments would be stopping soon. I was unaware of his corrupted behavior at the time.

August 2021, I was informed that my Office of Personnel Management (OPM) retirement payments and Social Security Administration (SSA) disabilities benefits had ALL stopped (100%) without **Due Process**. I knew instantly Greg Coleman had something to do with this.

In September 2021, I had an appointment at the Bowen Center in Fort Wayne and I told the doctors that I suspected this probation officer **without a warrant or probable cause** had contacted these federal agencies and lied in order to **seize** all of my benefits. The doctor was shocked because we started looking at all the facts and evidence collected.

In March 2022, Mr. Coleman not knowing that I knew he was responsible for illegally contacting these agencies and lying in order to stop my benefits, he asked me to continue paying off my debt. I told Mr. Coleman I was already paying 10% each month. He was surprised. I showed Mr. Coleman a pay stub that I had 1 out of 3 benefits left and that it was from the Department of Veterans Affairs Administration. Approximately 2 weeks later my VA compensation payment and ONLY disability benefits immediately **STOPPED.** This had confirmed my suspicions that Mr. Coleman was behind the illegal garnishment of all 3 of my disability and retirement benefits. Every time I told Mr. Coleman about my earned income he went behind my back and lied to these agencies in order to have ALL of my income garnished without a court order.
I text messaged and emailed Mr. Coleman with my facts, and evidence and he refused to respond even though his job is to reply. Greg Coleman <u>did not </u>denied these allegations and complaints. I am a Permanent and Total Disabled Military Veteran that is unemployable due to my disabilities and I have earned my disability retirement and pension because I started working with the Department of Defense and the Department of Justice at the age of 19. I am now broke and living in poverty because of the illegal actions of Mr. Coleman. I told Mr. Coleman that per his own requirements to be transferred from California to Indiana was to have a source of income. And for some unknown reasons he decided to take ALL of my family's income away leaving us in an extreme financial hardship. I found out through an attorney Mr. Coleman contacted his co-workers and received help from someone in OIG to **seize** all of my **income and property** through lies without **Due Process** under the **Constitution**.

In September 2022, I told Mr. Coleman I had filed a contempt of court on the mother of my child and he wanted her phone number. I thought that was strange and unprofessional. A month later Mr. Coleman started asking me for my private and personal mental health records. This was a clear **violation** of the **HIPAA law**. I asked Mr. Coleman why did he need my private medical records? He lied and said the courts needed it.

In October 2022, Mr. Coleman continued to asked for my personal and private mental health records and this time I informed him I started contacting an attorney and they wanted to know: Why are you requesting my medical records? Mr. Coleman remain quiet and Did Not answer my question. At the same time, Mr. Coleman started asking me for my business tax returns despite already having my documents from January 2022. I told him he already had my records and that I did not have anything else. At this point is when Mr. Coleman started with the **threats.** He would say things like; are you going to give me your medical records or taxes or not, you know what would happen right? OR Mr. Coleman would say things like; so you aren't going to give me your medical records, is that what you are telling me? This was months of **harassments** and **threats** to take my freedom away. I also told the doctors at the Bowen Clinic that Mr. Coleman was trying to set my up in order to hurt me and or my family. The doctors were extremely concerned about my health and well being.

In November 2022, after my family court appearance Mr. Coleman asked me about what happened in court and he asked when was that next appearance and he wanted to know the judges name. I NEVER EVER told Mr. Coleman about my family court case and the dates. So, how did he know I had a court appearance? I soon learned Mr. Coleman was taken all of our conversations and telling the mother of child about everything. I know this as a FACT because she kept repeating things from my private meetings with Mr. Coleman in our family court appearance. Mr. Coleman was working with the mother of my child in order to hurt me and trying to help me lose custody of my child. It almost worked. Mr. Coleman told the mother of my child my vehicle was repossessed and that he thinks I have some type of mental health illness but he did not have pure evidence and she used what Mr. Coleman told her in court. Mr. Coleman was also trying to give my medical records and business taxes to the mother of my child and other people NOT involve with the court.

November 11, 2022 at 9:36pm, I sent the 1st text message complaint to Mr. Coleman and he ignored it.

November 23, 2022 at 10:22am, I sent the 2nd and 3rd text message AND email complaint to Mr. Coleman and he ignored it.

November 27, 2022 at 5:01pm, I sent a 4th email or correspondence to innpml_fwcollateral@innp.uscourts.gov and this was ignored or NOT responded to as well.

November 30, 2022, around 6:30 pm I called Greg Coleman supervisor (Bob Brubaker) and he scheduled a meeting between ALL of us to discuss what's going on. I told the supervisor of these acts of **law enforcement corruption, unprofessionalism, unethical behavior, civil rights and constitutional violations, harassment, breach of confidentiality, conflict of interest, age and disability discrimination.** Despite me telling the supervisor my family and I Do Not feel safe around Mr. Coleman; Mr. Brubaker refused to investigate and refused to reassigned me someone new and experienced. Mr. Brubaker took my complaints as a joke. Mr. Brubaker seemed more concerned with covering up everything that I had complained about. Mr. Coleman now has a new phone number after I reported my complaints. He does not want the court to know about his illegal phone records to the mother of my child.

On the other hand, Mr. Coleman and Mr. Brubaker wanted to **settle** this at a lower level and out of court.
1. I was told by the probation officers to give them 2 weeks to get ALL of my disability and retirement benefits back including Back Pay and Damages.
2. I was told they were going to file with the courts in my favor to release me off of paperwork so I can travel with my son to see our family after 3 years. 4 of our family members died in 2022; but because I was going through a financial hardship we could not go. My family was terribly upset with me; but not knowing the circumstances I was in because of Mr. Coleman.
3. I was also told Mr. Coleman would cease and desist from contacting friends, family, and everyone out side of the courts just to release my personal and private information in order to hurt me.

January 19, 2023 5:11pm, I sent Mr. Coleman a 5th email asking for an update about my disability compensation and retirement pension because it has been 2 months and I did not receive a dime yet. I also asked about my court request. Mr. Coleman Did Not respond to my message. Instead he sent me a random nonsensical questionnaire I assume trying to find something within my personality he could use against me. That did not work.

February 4, 2023 12:31am, I sent the 6th email informing Mr. Coleman about our settlement agreement and me not receiving everything so far. Mr. Coleman did not respond to my message.

Approximately February 8, 2023 9:31am Mr. Coleman called me a few days later from a unknown phone number and NOT one of the 3 phone numbers I have saved. He stated he spoke to the financial litigation unit in San Francisco and they are working on getting All of my money back. So, I was happy to hear that despite lying about that 2 week deadline he and his supervisor told me about in their offices.

February 9, 2023 3:27pm, I informed Mr. Coleman that I had been in contact with the FLU for months and they said they did not recall hearing from someone in the probation office. So, I asked Mr. Coleman for evidence. I asked for a name, email, text, or phone number of who he spoke to; anything at this point would have been better than nothing. NO surprise….. He ignored me and did not respond to that message.

This was all a lie. Mr. Brubaker and Mr. Coleman has been trying to cover up this horrific situation. They DID NOTHING they said they would do in order to settle my complaint. This has been a form of **double jeopardy** and **Cruel and Unusual Punishment** for something that happened years ago. I am being **punished** by the same agency that sworn an oath to protect and serve. They NEVER denied any of my many complaints.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have experienced extreme pain, stress, anxiety, PTSD, depression, insomnia, high blood pressure, and suffering; mentally, psychologically, and physically. I received additional treatment from the VA.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting damages of $2 million plus court cost and fees. I am requesting punitive damages because the defendants conduct was reckless, wanton, illegal, and intentional. The defendants actions were motivated by ill-will, with malicious motives, oppressive, malevolent and their conduct was far outside acceptable social norms. I am also asking for damages because my vehicles were repossessed, I am currently going through an eviction, most of our bills and utilities have been shut off. I had bank accounts and credit cards closed. I am in debt close to $80,000 and I have lost over $126,000 in income over the last 2 years.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/13/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Malik H. Swinton

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

City     State     Zip Code

Telephone Number: 
E-mail Address: