AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MALIK HALEEM SWINTON
**Plaintiff**

v.    **Civil Action No**. 1:23-cv-73

GREG COLEMAN
et al
**Defendant**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by   Judge Holly A. Brady on a Motion to Dismiss.

DATE:   June 29, 2023         CHANDA J. BERTA, CLERK OF COURT

by    s/N. Long
*Signature of Clerk or Deputy Clerk*